**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for NICKI BIGGS

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI N. BIGGS,                          )  | 1:07-CV-01095 AWI SMS |
|               Plaintiff,    ) | |
|      v.                                     ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE,              ) Commissioner of Social Security, ) | |
|               Defendant.   ) | |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due March 11, 2008, and is therefore requesting additional time in which to file her opening brief until April 11, 2008.

Dated: March __11__, 2008        /S/ THOMAS V. MILES for
                                              _____
                                              ROBERT ISHIKAWA
                                              Attorney for Plaintiff, NICKI BIGGS

Dated: March __11__, 2008        /S/ SHEA BOND
                                              _____
                                              SHEA BOND
                                              Assistant Regional Counsel

IT IS SO ORDERED.

Dated: __3/11/2008__

                                              /s/ Sandra M. Snyder
                                              THE HONORABLE SANDRA M. SNYDER
                                              United States Magistrate Judge