**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for NICKI BIGGS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI N. BIGGS,           )<br>                              )<br>        Plaintiff,      )<br>                              )<br>     v.                     )<br>                              )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>                              )<br>        Defendant.    )<br>_____) | 1:07-cv-01095 AWI SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 11, 2008, and is therefore requesting additional time in which to file her opening brief until May 11, 2008.


Dated: April   11  , 2008          /S/ THOMAS V. MILES for
                                   _____
                                   ROBERT ISHIKAWA
                                   Attorney for Plaintiff, NICKI BIGGS

Dated: April   11  , 2008          /S/ SHEA BOND
                                   _____
                                   SHEA BOND
                                   Assistant Regional Counsel

IT IS SO ORDERED.


Dated: 4/14/2008

                                    /s/ Sandra M. Snyder
                                   _____
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge

1