**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for NICKI BIGGS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKI N. BIGGS,  )<br>           Plaintiff,  )<br>     v.  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>           Defendant.  )<br>_____) | 1:07-CV-01095 AWI SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 11, 2008, and is therefore requesting additional time in which to file her opening brief until May 25, 2008.

Dated: May  8 , 2008          /S/ THOMAS V. MILES for
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, NICKI BIGGS

Dated: May  8 , 2008          /S/ SHEA BOND
                              _____
                              SHEA BOND
                              Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  5/8/2008

                               /s/ Sandra M. Snyder
                              _____
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge

1