1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          **FRESNO DIVISION**

12

13  NICKIE BIGGS,                    )
                                     )   CIVIL NO. 1:07-CV-01095-AWI SMS
14       Plaintiff,                  )
                                     )   STIPULATION AND ORDER SETTLING
15            v.                     )   ATTORNEY'S FEES PURSUANT TO THE
                                     )   EQUAL ACCESS TO JUSTICE ACT, 28
16  MICHAEL J. ASTRUE,               )   U.S.C. § 2412(d)
    Commissioner of                  )
17  Social Security,                 )
                                     )
18       Defendant.                  )
    _____    )

19

20       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

22  fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE

23  THOUSAND dollars and 00 cents ($3,000.00).  This amount represents compensation for all legal

24  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

25  with 28 U.S.C. § 2412(d).

26       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

27  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

28  Payment of THREE THOUSAND dollars and 00 cents ($3,000.00) in EAJA attorney fees, shall

constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 23, 2009    /s/ *Robert Ishikawa*
*(As authorized via email)*
ROBERT ISHIKAWA
Attorney for Plaintiff

Dated: March 23, 2009    LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   March 25, 2009**             **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2